## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| KASHMIR S. YOUNG | | |
| DEBTOR | : | BKY. NO. 22-12362ELF13 |

O R D E R

AND NOW, this 27th day of September, 2022 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **10/06/2022** to file the necessary Schedules, Plan and Statement of Financial Affairs in the above captioned matter.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE